FILED
2011 Jul-14 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

**FILED**
**JUL 14 2011**

## CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.

ULUGBEK KODIROV

CASE NUMBER:

**MAG 11   198**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 13, 2011, in the Northern District of Alabama, the defendant did,

being an alien who is illegally or unlawfully in the United States possessed in or affecting commerce, a firearm or received a firearm which has been shipped or transported in interstate or foreign commerce,

in violation of Title 18, United States Code, Sections 922(g)(5)(A). I further state that I am Special Agent John D. Osborne, with Homeland Security Investigations (HSI), U.S. Department of Homeland Security, and that this complaint is based on the following facts:

See Attachment "A"

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

7-14-11         at         Birmingham, Alabama
Date                          City and State

*I find probable cause.*

United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

I, John D. Osborne, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), U.S. Department of Homeland Security. I have been an HSI Special Agent of the United States since June of 2009. Prior to serving in this capacity, I served as a Special Agent with the Drug Enforcement Administration, Department of Justice, for approximately nine years and as a Police Officer with the Mobile, Alabama Police Department for approximately five years. As part of my daily duties as an HSI Agent, I investigate criminal violations relating to aliens unlawfully present in the United States in possession of firearms.

2. This affidavit is made in support of a criminal complaint for Ulugbek KODIROV. The defendant is a native and citizen of Uzbekistan born on August 7, 1989. HSI Agents contacted the Law Enforcement Support Center (LESC) who conducted multiple queries of Immigration databases to identify KODIROV'S immigration status in the United States. Record checks performed through the Central Index System and Student Exchange Visitor Information System revealed KODIROV at one time had F-1 student status but that status was revoked on April 1, 2010 for failure to enroll. KODIROV is out of status and therefore unlawfully in the United States.

3. During early July, 2011, KODIROV contacted a Confidential Source (CS) regarding the procurement of various weapons. The CS working with the FBI, ATF, and ICE arranged a meeting with an Undercover Agent (UC) to procure a weapon. On July 13, 2011, KODIROV was accompanied by the Confidential Source to a meeting with the Undercover Agent at the Hampton Inn in Leeds, Jefferson County, Alabama. At that meeting in a hotel room in the Hampton Inn KODIROV was shown two firearms. KODIROV took possession of a Sendra Corporation Model M15A1 rifle. After the meeting KODIROV left the hotel with the Sendra Corporation Model M15A1 rifle and was arrested by agents and the firearm was recovered from him.

4. Immediately after his arrest KODIROV was field interviewed by HSI Agents who established KODIROV'S unlawful immigration status in the United States..

5. The Sendra Corporation Model M15A1 rifle KODIROV took possession of was manufactured outside the state of Alabama and thereafter has shipped or transported in interstate or foreign commerce.

6. Based on the foregoing information, the defendant, who being an alien illegally and unlawfully in the United States, did knowingly and unlawfully receive a firearm shipped or transported in interstate or foreign commerce, namely, a Sendra Corporation Model M15A1 rifle, in violation of Title 18, United States Code, §922(g)(5).

John D. Osborne,
Special Agent

Subscribed and sworn to me this 14th day of July, 2011.

Robert R. Armstrong
United States Magistrate Judge