JWV/MWW: AUGUST 2011
GJ# 15

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ULUGBEK KODIROV | ) |

# INDICTMENT

**COUNT ONE**: [18 U.S.C. § 871(a)]

The Grand Jury charges that:

On or about the 9th day of July, 2011, in Shelby County, within the Northern District of Alabama and elsewhere, the defendant,

**ULUGBEK KODIROV,**

did knowingly and willfully make a threat to take the life of the President of the United States, Barack H. Obama, in violation of Title 18, United States Code, Section 871(a).

1

**COUNT TWO**:  [18 U.S.C. § 871(a)]

The Grand Jury charges that:

On or about the 10th day of July, 2011, in Shelby County, within the Northern District of Alabama and elsewhere, the defendant,

**ULUGBEK KODIROV,**

did knowingly and willfully make a threat to take the life of the President of the United States, Barack H. Obama, in violation of Title 18, United States Code, Section 871(a).

**COUNT THREE**:  [18 U.S.C. § 871(a)]

The Grand Jury charges that:

On or about the 11th day of July, 2011, in Jefferson County, within the Northern District of Alabama and elsewhere, the defendant,

**ULUGBEK KODIROV,**

did knowingly and willfully make a threat to take the life of the President of the United States, Barack H. Obama, in violation of Title 18, United States Code, Section 871(a).

**COUNT FOUR**:  [18 U.S.C. § 871(a)]

The Grand Jury charges that:

On or about the 13th day of July, 2011, in Jefferson County within the Northern District of Alabama and elsewhere, the defendant,

**ULUGBEK KODIROV**,

did knowingly and willfully make a threat to take the life of the President of the United States, Barack H. Obama, in violation of Title 18, United States Code, Section 871(a).

**COUNT FIVE**: [18 U.S.C. § 922(g)(5)(A)]

The Grand Jury charges that:

On or about the 13th day of July, 2011, in Jefferson County, within the Northern District of Alabama, the defendant,

**ULUGBEK KODIROV,**

being an alien illegally and unlawfully in the United States did knowingly possess affecting commerce, a firearm, that is, a Sendra Corporation Model M15A1 rifle, in violation of Title 18, United States Code, Section 922(g)(5)(A).

**COUNT SIX**: [18 U.S.C. § 922(o)(1)]

The Grand Jury charges that:

On or about the 13th day of July, 2011, in Jefferson County, within the Northern District of Alabama, the defendant,

**ULUGBEK KODIROV,**

did unlawfully possess a machine gun, that is, a Sendra Corporation Model M15A1 rifle, in violation of Title 18, United States Code Section 922(o)(1).

**COUNT SEVEN**: [26 U.S.C. § 5861(d)]

The Grand Jury charges that:

On or about the 13th day of July, 2011, in Jefferson County, within the Northern District of Alabama, the defendant,

**ULUGBEK KODIROV,**

did receive and possess a firearm, as that term is defined in Title 26 U.S.C. § 5845(a)(8) and (f)(B), to-wit, a destructive device, and more particularly described as a combination of parts designed and intended for use as a grenade, which was not registered to him in the National Firearms Registration and Transfer Record, in

violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

/s/ electronic signature

FOREMAN OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

/s/ electronic signature

MICHAEL W. WHISONANT
Assistant United States Attorney

/s/ electronic signature

RYAN K. BUCHANAN
Assistant United States Attorney